# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| MORNINGSTAR MARINAS/GOLDEN ISLES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>M/Y KANDER, her tackle, apparel, furnishings, equipment, and appurtenances, in rem,<br><br>    Defendant. | CV 2:24-031 |

### ORDER

Before the Court is Plaintiff Morningstar Marinas/Golden Isles, LLC's "Motion for Default," wherein it requests the Court "enter . . . default and allow the Plaintiff to file its Motion for Default Judgment to obtain a final judgment in this matter[.]" Dkt. No. 22 at 4. The Court construes the motion as an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a) and **REFERS** the application to the Clerk of Court. Should the Clerk of Court enter default, Plaintiff may submit its motion for default judgment along with supporting documentation and a proposed order.

**SO ORDERED**, this 1𝑞 day of September, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA