AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MORNINGSTAR MARINAS/GOLDEN ISLES, LLC,

Plaintiff,

v.

M/Y KANDER, her tackle, apparel, furnishings, equipment, and appurtenances, in rem,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:24-CV-31

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 21, 2025, Plaintiff's motion for default judgment is granted. Plaintiff is entitled to a judgment of $64,423.82 plus accrued custodial expenses from the date of the Order, January 21, 2025, through the date of the M/Y Kander's sale, and Plaintiff may credit bid this judgment. The U.S. Marshals Service is directed to sell, as soon as possible, the Vessel, M/Y Kander, including her tackle, furnishings, equipment, apparel, and appurtenances at public auction in accordance with Supplemental Rule E of the Supplemental Admiralty Rules. The U.S. Marshals Service is ordered to comply with Local Admiralty Rule 4 in providing Notice of the Sale. Judgment is entered in favor of Plaintiff, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: January 27, 2025

John E. Triplett, Clerk of Court

(By) Deputy Clerk