# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| MORNINGSTAR MARINAS/GOLDEN ISLES, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>M/Y KANDER, her tackle, apparel, furnishings, equipment, and appurtenances, *in rem*,<br><br>　　Defendant. | CASE NO. 2:24-CV-31 |

**ORDER**

As directed by the Court, the U.S. Marshal has sold at public auction the Vessel, M/Y Kander, including her tackle, furnishings, equipment, apparel, and appurtenances. Dkt. No. 31 at 20; Dkt. No. 34. The Clerk of Court is **DIRECTED** to deposit the proceeds of the sale, $25,000, into the registry of the Court to be disposed of according to law, in compliance with Supplemental Rule E of the Supplemental Admiralty Rules.

**SO ORDERED** this 11th day of February, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA